IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EARL RAY MILLS                                                                              PLAINTIFF

v.                                Civil No. 06-2011

CRAWFORD COUNTY, ARKANSAS;
SHERIFF MIKE ALLEN; TERRY REA,
Jail Administrator; and JAIL NURSE                                DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 19, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 1st day of March 2006.

                                                                            /s/ Beverly Stites Jones
                                                                            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)